Marvin Vending Corporation, to use, *v.* Bieber
et al., Appellants.

Submitted September 15, 1966. *Philip Shuchman,* for
appellants; *Lawrence Mazer,* for appellees.

Judgment affirmed.

Pennsylvania Power & Light Company *v.* Decker,
Appellant.

Argued
September 15, 1966. *John E. Backenstoe,* for appellant; *Shant J. Harootunian,* for appellee.

Judgment affirmed.

HOFFMAN, J., absent.

Press Unemployment Compensation Case.

Argued September 14, 1966. *Frank M. Jackson,* with
him *Fox, Rothschild, O'Brien & Frankel,* for appellant;
*Sydney Reuben,* Assistant Attorney General, with him
*Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

ERVIN, P. J., absent.